NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WIRTGEN AMERICA, INC.,**
*Plaintiff-Appellee*

v.

**UNITED STATES, DEPARTMENT OF HOMELAND SECURITY, UNITED STATES CUSTOMS AND BORDER PROTECTION, CHAD F. WOLF, Acting Secretary of Homeland Security, MARK A. MORGAN, Acting Commissioner of U.S. Customs and Border Protection, JUAN J. PORRAS, in his official capacity as Director of Machinery Center of Excellence and Expertise of U.S. Customs and Border Protection, CHARLES R. STEUART, in his official capacity as Chief Intellectual Property Rights and Restricted Merchandise Branch, Office of Trade, U.S. Customs and Border Protection.,**
*Defendants-Appellants*

---

2020-2145

---

Appeal from the United States Court of International Trade in No. 1:20-cv-00027-JCG, Judge Jennifer Choe-Groves.

---

**O R D E R**

The parties having so agreed,

IT IS ORDERED THAT:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42(b).

(2) Each party shall bear its own costs.

                                        FOR THE COURT

December 4, 2020          /s/ Peter R. Marksteiner
                                    Peter R. Marksteiner
                                    Clerk of Court

**ISSUED AS A MANDATE:** December 4, 2020